**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER HULSKAMPER,<br>Defendant. | Case No. 2:21-cr-00281-JAD-VCF-1<br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, August 26, 2026 at 10:00 a.m., be vacated and continued to January 4, 2027, at the hour of 11:30 a.m.

DATED this 14th day of August 2026.

UNITED STATES DISTRICT JUDGE